NOTE CHANGES MADE BY THE COURT

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMANDA. KENNEDY and PETER KENNEDY,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA; AVIS RENT A CAR SYSTEM, LLC<br><br>　　　　　　Defendants. | Case No: CV 08-02988 GAF<br>　consolidated w/CV08-01094<br><br>JUDGMENT BY COURT WITHOUT A JURY<br><br>Trial: July 28, 2009<br><br>Honorable Gary A. Feess |

　　　This action was tried by Judge Gary A. Feess without a jury and the following decision was reached:

　　　It is ordered that the plaintiff AMANDA KENNEDY recover from the defendant UNITED STATES OF AMERICA the amount of $2,201,891.00 and plaintiff PETER KENNEDY recover from the defendant UNITED STATES OF AMERICA the amount of $11,168.62, with post judgment interest, according to the Court's minute order and conditions stated therein, at the rate of .36 %, along with costs to be determined by the Clerk of Court.

DATED: 10/23/09

_____
　GARY ALLEN FEESS
　UNITED STATES DISTRICT JUDGE